# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD M. MOORE, | ) |
| Plaintiff, | ) |
| vs. | ) 8:04CV323 |
| | ) ORDER |
| RICHARD W. SLOVEK, M.D., | ) |
| Defendant. | ) |

This matter is before the court on plaintiff's unopposed motion for extension of time to identify witnesses (#36). It does not appear that the requested extension will affect the trial schedule. For good cause shown, I find that the motion should be granted.

**IT IS ORDERED** that plaintiff's motion for extension of time (#36) is granted, and paragraph 2 of the final progression order (#27) is hereby amended, as follows:

1. Plaintiff is given until and including **July 1, 2005** to identify expert witnesses.

2. Defendant is given until and including **September 5, 2005** to identify expert witnesses.

**DATED June 1, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**