# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICHARD M. MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 8:04CV323 |
| | ) | |
| **RICHARD W. SLOVEK, et al.,** | ) | ORDER |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Upon good cause shown, Defendants' unopposed Motion for Extension of Time to Identify Expert Witnesses is granted. Defendants shall have until October 21, 2005, inclusive, to identify their expert witnesses.

**DATED September 6, 2005.**

   BY THE COURT:

   s/ F.A. Gossett
   **United States Magistrate Judge**