THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD M. MOORE, a Kansas citizen, | ) ) ) | 8:04CV323 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **JUDGMENT** |
| RICHARD W. SLOVEK, M.D., a California citizen, and THE COMMUNITY HOSPITAL ASSOCIATION d/b/a McCOOK COMMUNITY HOSPITAL, a Nebraska non-profit corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the parties' Joint Stipulation and Motion for Dismissal With Prejudice (filing 48), this action is dismissed with prejudice, with each party to pay their own costs and with complete record waived.

December 20, 2005.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge